IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**MALCOLM C. MACK**                                                    **PLAINTIFF**

**v.**                                **Civil No. 4:16-cv-04063**

**MILLER COUNTY DETENTION CENTER;**
**PAUL NALL; STEPHANIE POTTER-BLACK;**
**and CONNIE MITCHELL**                              **DEFENDANTS**

## ORDER

Plaintiff, Malcolm C. Mack originally filed this 42 U.S.C. § 1983 action *pro se* on July 12, 2016. ECF No. 1. Plaintiff filed his Amended Complaint on August 5, 2016. ECF No. 5.

Currently before me is the issue of preservice screening under the provisions of the Prison Litigation Reform Act ("PLRA"). Pursuant to the PLRA, the Court shall review complaints in civil actions in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff indicates on page 18 of his Amended Complaint "a copy of the charges filed with the EEOC is attached to this complaint" and "The False Imprisonment issued a Determination and/or Notice of Right to Sue which was received by plaintiff on June 29, 2016, a copy of which is attached to this complaint". ECF No. 5. Neither of these documents is attached to the Amended Complaint for the Court's review.

Accordingly, Plaintiff is **ORDERED to file a copy of these documents as a Supplement to his Amended Complaint with the Court by August 25, 2016.** Failure to file these documents with the Court may subject Plaintiff's Complaint to dismissal for failure to obey a court order.

**IT IS SO ORDERED** this 9th day of August 2016.

                                               /s/ Barry A. Bryant
                                               HON. BARRY A. BRYANT
                                               UNITED STATES MAGISTRATE JUDGE